PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Genaro Espino             Cr.: 06-00351-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 03/19/07

Original Offense: Distribute and Possess With Intent to Distribute Cocaine

Original Sentence: 46 Months Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for     Years, for a total term of     Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

"The defendant shall submit his/her person, residence, office, vehicle, or any property under his/her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

## CAUSE

The offender will be residing in California upon his release from prison. The Northern District of California believes Espino's supervision requires a search condition due to the nature of this offense. They will not accept supervision of this case unless the defendant's conditions are modified.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 05/19/08

PROB 12B - Page 2
Genaro

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/28/08
_____
Date

Dennis M. Cavanaugh
U.S. District Judge